UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

REBECCA DURHAM,

    Plaintiff,

Case Number _____

v.

PROCARENT, INC.,

    Defendant.
_____/

## Complaint & Jury Demand

1. The Plaintiff, Rebecca Durham, sues Defendant, Procarent, Inc., pursuant to 42 U.S.C. § 12117(a) for violating 42 U.S.C. § 12112(a).

2. The Honorable Court has original jurisdiction pursuant to 42 U.S.C. § 12117(a) and 42 U.S.C. § 2000e-5(f)(3).

3. Venue is appropriate in Frankfort, Kentucky.

4. The unlawful employment practice Plaintiff alleges Defendant committed occurred in Kentucky.

5. Plaintiff may bring an ADA Amendments Act of 2008 complaint in any judicial district in the State in which the unlawful employment practice is alleged to have been committed.

6. The Plaintiff resides in Jefferson County, Kentucky.

7. Defendant employs over fifteen employees.

8. Defendant is an employer under the ADA Amendments Act of 2008 as defined by 42 U.S.C. § 12111(5)(A).

9. On or about April 20, 2015 Defendant hired Plaintiff as an EMT.

10. On or about April 27, 2015 Plaintiff became disabled as defined by the ADA Amendments Act of 2008.

11. Specifically, Plaintiff's condition resulted from an on the job accident.

12. Plaintiff was substantially limited in one or more major life activities.

13. On or about April 27, 2015 a record of Plaintiff's disability was created.

14. Defendant has a policy or practice of providing light-duty work to employees on workers compensation and/or accommodating their medical needs.

15. However, Defendant does not provide reasonable accommodations to all disabled employees covered by the ADA Amendments Act of 2008.

16. Defendant treats injured workers better than it treats its regular workforce.

17. Defendant provided Plaintiff light duty work from April 27, 2015 through June 11, 2015.

18. Defendant offered the aforementioned accommodation to Plaintiff when it considered Plaintiff's health condition to be covered by workers compensation insurance.

19. On or about June 11, 2015, Defendant decided that Plaintiff's injury was not covered by workers compensation insurance.

20. Thus Defendant took away Plaintiff's light duty work.

21. Defendant placed Plaintiff on unpaid leave from June 11, 2015 to August 10, 2015.

22. Defendant fired Plaintiff on August 11, 2015.

23. Defendant refused to provide Plaintiff a reasonable accommodation under the ADA Amendments Act of 2008.

24. Defendant discriminated against Plaintiff because of her disability.

25. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) within 300 days of suffering an adverse employment action.

26. The EEOC issued Plaintiff a right to sue letter.

27. Plaintiff sues Defendant within 90 days of receiving the right to sue letter.

Wherefore, Plaintiff demands for trial by jury, judgment, back pay, compensatory damages, punitive damages, attorneys' fees and costs.

Respectfully submitted this 21st day of September 2017,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Christina Thomas Mazaheri
Morgan & Morgan
333 W Vine St Ste 1200
Lexington, Kentucky 40507
Tel – (859)286-8368
Email – bmazaheri@forthepeople.com
cthomas@forthepeople.com