UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| REBECCA DURHAM, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:17-cv-79-GFVT |
| PROCARENT, INC., | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received the parties' Joint Stipulation of Dismissal With Prejudice. [R. 10.] Therefore, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiff Rebecca Durham's claims against Defendant Procarent, Inc. are **DISMISSED WITH PREJUDICE**. Each party shall bear his, her, or its own costs and fees, except as otherwise agreed to by the parties;

2. Any pending motions are **DENIED**, as moot; and

3. This matter is **STRICKEN** from the Court's active docket.

This the 6th day of February, 2018.



Gregory F. Van Tatenhove
United States District Judge